UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LYNN TILTON; PATRIARCH PARTNERS,
LLC; PATRIARCH PARTNERS VIII, LLC;
PATRIARCH PARTNERS XIV, LLC; and
PATRIARCH PARTNERS XV, LLC,

No. 15 Civ. 02472 (RA)

Plaintiffs,

**NOTICE OF MOTION**

v.

SECURITIES AND EXCHANGE
COMMISSION,

Defendant.

---------------------------------------------------------X

## NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that upon its Memorandum of Law dated April 15, 2015, the Exhibits and Declarations submitted herewith, Plaintiffs Lynn Tilton; Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; and Patriarch Partners XV, LLC, by their counsel Skadden, Arps, Slate, Meagher & Flom LLP and Brune & Richard LLP, respectfully move this Court for an Order granting a preliminary injunction, enjoining the Defendant Securities and Exchange Commission from carrying out an administrative proceeding against Plaintiffs and subjecting them to a hearing before an Administrative Law Judge.

Pursuant to the scheduling order issued on April 8, 2015, answering papers will be filed by April 30, 2015; reply papers will be filed by May 5, 2015; and a hearing before the Court will take place on May 11, 2015 at 11:00 a.m.

Dated: April 15, 2015
New York, NY

                              Respectfully submitted,

                              */s/ Chris Gunther*
                              SKADDEN, ARPS, SLATE,
                                MEAGHER & FLOM LLP
                              Four Times Square
                              New York, NY 10036

                              David M. Zornow
                              Christopher J. Gunther

                              BRUNE & RICHARD LLP
                              One Battery Park Plaza
                              New York, NY 10004

                              Susan E. Brune
                              MaryAnn Sung